# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TONY MCGEE,

                  Plaintiff,

-against-

CORRECTION OFFICER MCGREADY, et al.,
                  Defendants.

-----------------------------------------------------------X

16 CIVIL 4187 (NSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 26, 2019, Defendant's motion is GRANTED. Plaintiff's Eighth Amendment claim is dismissed as to Defendant Caban, and therefore the case is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
         November 27, 2019

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *[signature]*

**Deputy Clerk**